| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Edward T. Weber, Esq. #194963<br>ROUTH CRABTREE OLSEN PS<br>1241 East Dyer Road, Suite 250<br>Santa Ana, California 92705<br>714-277-4915 Phone<br>714-277-4899 Fax<br>eweber@rcolegal.com<br>File No. 7827.30003<br><br>*Attorney for* Creditor, FINANCIAL FREEDOM ACQUISITION LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>BALDEMAR MARCOS AKA BALDEMAR MARCOS VILLAREAL<br>Debtor. | CHAPTER 13<br>CASE NUMBER 2:10-bk-46475-SK |
|---|---|

# NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

1. TO *(specify name)*: DEBTOR, DEBTOR'S COUNSEL, CHAPTER 13 TRUSTEE AND THE COURT:

2. NOTICE IS HEREBY GIVEN that FINANCIAL FREEDOM ACQUISITION LLC, a party in interest, hereby opposes the following request *(specify that which is opposed)*:
   Motion to Modify Plan dated July 1, 2011 wherein Debtor proposes to pay the entire debt to Financial Freedom Acquisition LLC through the Chapter 13 Plan.

3. This opposition is based upon the following grounds *(specify grounds)*:
   The Debtor cannot afford to pay the entire debt of approximately $144,000.00 through the Plan. That would make the plan infeasible. Debtor would be required to pay nearly $3,000. per month. The amended Schedules I and J project those funds would come from contributions. There is no evidence or proof of such contributions and contributions in that amount is simply unreasonable under the circumstances and an amended plan should not rely so heavily on commitments from non-debtors (presuming the contribution source is from non-debtors, the motion does not specify). The proposition is not realistic and the result will be a quick default and only prolonging the Automatic Stay to the detriment of the creditor. Debtor only filed the motion to modify in reponse to Creditor's Relief From Stay motion. There is little or no likelihood that the Debtor will be able to make the modified payment.

*(This Opposition is continued on the next page.)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                 F 9013-1.3

Opposition and Request for a Hearing - *Page 2*

F 9013-1.3

| In re<br>BALDEMAR MARCOS AKA BALDEMAR MARCOS VILLAREAL | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-46475-SK |

4. Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence *(specify declarations and exhibits by name)*:
   None at this time. Creditor reserves the right to file supplement documents and evidence prior to any hearing on this matter.

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6. Total number of attached pages of supporting documentation: 0

Any reply to this opposition must be filed with the Court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this Court deny the subject request and set this matter for a hearing.

Dated: 7/6/11

Respectfully submitted,

ROUTH CRABTREE OLSEN PS
*Firm Name*

By: *[signature]*

Name: Edward T. Weber, Esq.
*Attorney for:* Creditor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 9013-1.3

Opposition and Request for a Hearing - *Page 3*  **F 9013-1.3**

| In re<br>BALDEMAR MARCOS AKA BALDEMAR MARCOS VILLAREAL | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-46475-SK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as Notice of Opposition and Request for a Hearing _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/6/11 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Leroy Bishop Austin: lbishopbk@yahoo.com
Kathy A. Dockery: kdockery@ch13la.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/7/11 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Baldemar Marcos aka Baldemar Marcos Villareal: 3536 Roseview Avenue, Los Angeles, CA 90065

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/7/11 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/7/11 | Jonathan Chen | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009    **F 9013-1.3**