| | |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>700 S. FLOWER ST., SUITE 1950<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>Chapter 13 Trustee | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER LA10-46475-SK |
| In re:<br>BALDEMAR MARCOS<br><br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

- ■ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
- ☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
- ☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
- ☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
- ☐ OTHER: _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on __7/1/11__ as docket entry number __23__, recommends:

☐ APPROVAL

☐ APPROVAL on the following conditions:

_____
_____
_____    ☐ See attached sheet.

■ DISAPPROVAL for the following reasons:

_____
_____
_____    ■ See attached sheet.

☐ Set for hearing.

Dated: __7/8/11__         _____
                         Chapter 13 Trustee Koyama "For the Chapter 13 Trustee"

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                          F 3015-1.13

TRUSTEE'S COMMENTS ON OR OBJECTION TO:    MARCOS 10-46475-SK DOC # 23
TRUSTEE'S RECOMMENDATIONS

| No. | Attorney Fees |
|---|---|
| 1 | The Attorney will deposit all fees paid by the Debtor(s) for services related to the preparation of this Motion to Modify Plan Payments or Suspend Plan Payments into his client trust account until a fee application is approved by the Bankruptcy Court. |

| No. | Extension of the Term of the Plan |
|---|---|
| | |

| No. | Suspension and Modification of Plan Payments |
|---|---|
| | |

| No. | Percentage to Unsecured Creditors |
|---|---|
| | |

| No. | Miscellaneous |
|---|---|
| 2 | The Trustee recommends **DISAPPROVAL** of the Debtor's Motion to Modify Plan or Suspend Plan payments because it is ambiguous and therefore deficient. The Debtor appears to be requesting a plan modification to essentially recapitalize post-confirmation 1st Trust Deed mortgage payment delinquencies into a modified plan. However, the Debtor has failed to explicitly propose this inferred modification or provide any legal basis to support such a modification. Additionally, the Debtor has failed to explicitly specify the amounts, creditor(s), or classes of new debt to be included in the proposed modified plan, rendering the modification as proposed by the Motion ambiguously vague. |