L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>Baldemar Marcos<br><br><br>Debtor(s) | CHAPTER 13<br>CASE NO:  2:10-bk-46475-SK<br><br><br>DECLARATION OF DEBTOR IN SUPPORT TO DEBTOR'S MOTION TO MODIFY PLAN |

I am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

I have joint tenancy of the subject property with Maria Esther Castaneda who is one of my contributors as per my amended schedule I filed on July 1, 2011. Her two older children Lilibeth and Victor Castaneda are also contributors in this case. The reason of that contribution is to protect and save the subject property, which we have joint tenancy.

I have attached most current proof of paystubs of all of them including mine to prove that I can afford making the proposed new plan payment of $3,200.00 per month as stated in my Motion to Modify my Chapter 13 plan.

My proposed plan provided for a full payment of the total loan amount of secured creditor. This is not a loan modification.

I have no unsecured creditors and my plan provides 100 % to class 5.

I am current with my plan payment as of today July 11, 2011.

1

1  With the support of my contributors, I have purchased a cashier check for a total of $3,200.00 and I sent it to the Chapter 13 Trustee **KATHY A DOCKERY** to the following address: **CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691**. See attached copy of the money order(s). This payment is for the month of July 2011.

Copy of the cashier check and contributors' declaration (dock # 22-2) are attached to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 07/11/2011        *Baldemar Marcos*
                          Debtor

2

